IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| In re: | ) | |
| 13111 WESTHEIMER, LLC | ) | Case No. 23-34448 (EVR) |
|     Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned attorneys enter their appearance in this case on behalf of creditor Stellar Bank and request copies of notices motions pleadings and other matters in this case and requests that same be served upon the undersigned attorneys by any of the following methods: the Bankruptcy Court's CM/ECF system, or email, or regular mail.

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: */s/ John Mayer*

John Mayer
Texas Bar Number 13274500
Southern District ID Number 502092
Jim D. Hamilton
Texas Bar Number 08829300
7700 San Felipe, Suite 550
Houston, Texas 77063
Phone 713-626-1200
Email jmayer@rossbanks.com
Email jhamilton@rossbanks.com
Attorneys for Stellar Bank

## CERTIFICATE OF SERVICE

I certify that true copies of the foregoing instrument were served upon all parties who have entered an appearance in this case by means of the Bankruptcy Court's CM/ECF system contemporaneously with filing on November 10, 2023.

*/s/ John Mayer*
John Mayer

Notice of Appearance