Fill in this information to identify the case:

Debtor name: __13111 Westheimer, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (if known): __23-34448__

☑ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ __Amended Schedule__ E/F: Creditors Who Have Unsecured Claims

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/22/2024__
        MM / DD / YYYY

X __/s/ H. Jack Miller__
Signature of individual signing on behalf of debtor

__H. Jack Miller__
Printed name

__on behalf of Investor 18, LLC, its sole member of Gelt Financial, LLC__
Position or relationship to debtor

Official Form B202                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name __13111 Westheimer, LLC__ |
| United States Bankruptcy Court for the: __Southern District of Texas__ |
| Case number (if known): __23-34448__ |

☑ **Check if this is an amended filing**

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br>☐ No <br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address** <br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br>☐ No <br>☐ Yes | _____ | _____ |

Debtor   **13111 Westheimer, LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)*　**23-34448**
　　　　　Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> A1 Express Safe & Lock <br> 9711 S. Mason Rd Ste 125-240 <br> Richmond, TX 77407 <br><br> Date or dates debt was incurred _____ <br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $922.83 |
| **3.2** **Nonpriority creditor's name and mailing address** <br> Accord Business Funding, LLC <br> 3131 Eastside St. #350 <br> Houston, TX 77098 <br><br> Date or dates debt was incurred _____ <br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | unknown |
| **3.3** **Nonpriority creditor's name and mailing address** <br> ADLR Remodeling <br> 2950 S. Shaver St. E-7 <br> Pasadena, TX 77502 <br><br> Date or dates debt was incurred _____ <br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $50,628.31 |
| **3.4** **Nonpriority creditor's name and mailing address** <br> Allegiance Bank <br> P.O. Box 41307 <br> Houston, TX 77241 <br><br> Date or dates debt was incurred _____ <br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | unknown |

| Debtor | 13111 Westheimer, LLC | Case number *(if known)* | 23-34448 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**

American Sentinel Fire & Security, LLC

P.O. Box 840574

Houston, TX 77284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$568.31

---

**3.6** **Nonpriority creditor's name and mailing address**

Ariel Janitorial Service, Inc.

1219 Price Plaza

Katy, TX 77449

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,802.70

---

**3.7** **Nonpriority creditor's name and mailing address**

ASAP Security Services

9949 W Sam Houston Pkwy N

Houston, TX 77064-7503

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$530.43

---

**3.8** **Nonpriority creditor's name and mailing address**

C T Corporation System

Attn: SPRS

330 N Brand Blvd Suite 700

Glendale, CA 91203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | 13111 Westheimer, LLC | Case number *(if known)* | 23-34448 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

### 3.9
**Nonpriority creditor's name and mailing address**
Fast Signs
2542 Highlander Way
Carrollton, TX 75006

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$352.98

---

### 3.10
**Nonpriority creditor's name and mailing address**
Ferguson
1809 Brittmoore rd
Houston, TX 77043

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$262.80

---

### 3.11
**Nonpriority creditor's name and mailing address**
Fine Line Design of Houston
3336 Richmond Ave. Suite 304
Houston, TX 77098

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$715.25

---

### 3.12
**Nonpriority creditor's name and mailing address**
Flagship Capital Partners Fund IV LP
One Greenway Plaza Suite 750
Houston, TX 77046

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | 13111 Westheimer, LLC | Case number (if known) | 23-34448 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.13 Nonpriority creditor's name and mailing address**
HB Mechanical Services, Inc.
P.O. Box 569
Porter, TX 77365

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,413.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**
HD Supply Facilities Maintenance, Ltd.
P.O. Box 509058
San Diego, CA 92150

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $128.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15 Nonpriority creditor's name and mailing address**
Impark
TefftNet, Inc.
9575 Katy Fwy Ste 360
Houston, TX 77024

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $107.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**
James R. Day
13111 Westheimer rd
Houston, TX 77077

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 13111 Westheimer, LLC | Case number (if known) | 23-34448 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.17** **Nonpriority creditor's name and mailing address**
Jeffery Riley
c/o DeSimone Law Office
4635 Southwest Fwy Ste 850
Houston, TX 77027-7234

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.18** **Nonpriority creditor's name and mailing address**
Kyle Lindner, Marcelo Perez, and Justine Taleck
c/o Curtis, Mallet-Prevost, Colt & Mosle LLP
909 Fannin St Suite 3800
Houston, TX 77010

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.19** **Nonpriority creditor's name and mailing address**
LandPark Commercial
2550 Gray Falls Dr Suite 400
Houston, TX 77077

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,152.20

---

**3.20** **Nonpriority creditor's name and mailing address**
LKL Development Group, LLC, Lingard Fitch, Kyle A. Fitch & Tina Fitch
c/o Curtis, Mallet- Prevost, Colt & Mosle LLP
909 Fannin St Suite 3800
Houston, TX 77010

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

Debtor  **13111 Westheimer, LLC**                                    Case number *(if known)*  **23-34448**
      *Name*

### Part 2: Additional Page

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address**<br>Michael Jrab<br>MKAS Consulting<br>P.O. Box 6648<br>Kingwood, TX 77325<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$294,137.50** |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>O.P. Enterprise Waste Services<br>5022 Fuqua St.<br>Houston, TX 77048<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$419.34** |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>OGH Services, Inc.<br>402 4th St<br>Sealy, TX 77474<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$16,927.60** |
| **3.24** | **Nonpriority creditor's name and mailing address**<br>Premium Landscaping LLC<br>2626 S Loop W Suite 521<br>Houston, TX 77054<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,046.50** |

Debtor **13111 Westheimer, LLC**   Case number *(if known)* **23-34448**
Name

### Part 2: Additional Page

---

**3.25** **Nonpriority creditor's name and mailing address**
Pritchard Industries, LLC
P.O. Box 737862
Dallas, TX 75373

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** $312.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
Reality Services Group LP
1419 E Brooklake Dr
Houston, TX 77077

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** $98,375.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Spring Glass & Mirror, LTD
P.O. Box 2161
Spring, TX 77383

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,086.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Tim Dixon
Dixon Financial Services
103 Wilchester Blvd
Houston, TX 77079

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** $273,111.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 13111 Westheimer, LLC | Case number (if known) | 23-34448 |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

**3.29 Nonpriority creditor's name and mailing address**
TXU/Texas Energy
Attn: Bankruptcy
PO Box 650638
Dallas, TX 75265-9627

Date or dates debt was incurred  _____
Last 4 digits of account number   7  4  9  8

**As of the petition filing date, the claim is:** $22,439.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30 Nonpriority creditor's name and mailing address**
Ventura Information Systems
10701 Corporation Dr Ste 393
Stafford, TX 77477

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $1,220.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31 Nonpriority creditor's name and mailing address**
Wireless CCTV LLC
851 International Pwky Suite 140
Richardson, TX 75081

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $1,688.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32 Nonpriority creditor's name and mailing address**
Yakes-LaGrasta
c/o Steve LaGrasta
440 Cobia Dr Suite 1002
Katy, TX 77494

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $2,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **13111 Westheimer, LLC** | Case number *(if known)* | **23-34448** |
|---|---|---|---|
| | Name | | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Schreiber Knockaert, PLLC** <br> **701 North Post Oak rd Suite 325** <br> **Houston, TX 77024** | Line **3.26** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.2 | **TefftNet, Inc.** <br> **dba IMPAK** <br> **P.O. Box 19450** <br> **Houston, TX 77224** | Line **3.15** <br> ☐ Not listed. Explain | __ __ __ __ |

| Debtor | 13111 Westheimer, LLC | Case number *(if known)* | 23-34448 |
|---|---|---|---|
| | Name | | |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,277,050.20 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,277,050.20 |